316 Ga. 43
FINAL COPY

S23Y0434. IN THE MATTER OF DAVID JOHN PETTINATO.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that David John Pettinato (State Bar No. 426068) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Pettinato*, 315 Ga. 831 (884 SE2d 894) (2023), it is hereby ordered that David John Pettinato be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*

Decided March 22, 2023.

Reinstatement.

*Warren R. Hinds*, for Pettinato.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.